JULIA SPURIUS, Respondent, *v.* ANTON MEISTER, Appellant.

(Argued March 20, 1930; decided April 8, 1930.)

*Arthur T. Holmes* and *Clarence S. Nettles* for appeliant.
*David C. Broderick* and *Louis H. Schleider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.